

# Court of Appeals
## Sixth Appellate District of Texas

# J U D G M E N T

In the Matter of the Marriage of Kelsey Marie McMullen and Richard Leroy McMullen, II, and In the Interest of A.R.M., E.L.M., A.M.M., and E.R.M., Children

No. 06-21-00011-CV

Appeal from the 170th District Court of McLennan County, Texas (Tr. Ct. No. 2020-1721-4). Memorandum Opinion delivered by Justice Burgess, Chief Justice Morriss and Justice Stevens participating.

As stated in the Court's opinion of this date, we find that the appeal should be dismissed for want of prosecution. Therefore, we dismiss the appeal.

We further order that the appellant pay all costs incurred by reason of this appeal.

RENDERED JULY 29, 2021
BY ORDER OF THE COURT
JOSH R. MORRISS, III
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk